(*c.*) An offer to pay a debt with a mule, not made pending any nego-
tiations to compromise, was admissible as a direct acknowledgment
of the claim.  Code, §3789 and citations; 59 *Ga.*, 343 (5), 349,
350; 64. *Id.*, 172.

Judgment affirmed.

February 24, 1885.

HALL, Justice.

---

PARTRIDGE, administrator, *vs.* BROWN.

The question being whether a judgment was dormant at the time a
levy was made under it, and the evidence being conflicting on that
question, there was no abuse of discretion in refusing to set aside
the verdict.

Judgment affirmed.

February 24, 1885.

BLANDFORD, Justice.

---

COCKBURN *vs.* WALKER.

The question at issue being as to the location of the true line between
the parties, the evidence being conflicting, there being no error in
the charge, and the verdict being approved by the presiding judge,
this court will not interfere.

Judgment affirmed.

March 10, 1885.

JACKSON, Chief Justice.

---

JACKSON *vs.* THE STATE OF GEORGIA.

Where the evidence justifies the verdict, it is not error for the pre-
siding judge to refuse a new trial on the ground that the verdict is
contrary to law and evidence.

Judgment affirmed.

March 17, 1885.

BLANDFORD, Justice.